**UNITED STATES of America, Plaintiff—Appellant,**

**v.**

**Simon BALMACEDA, Defendant— Appellee.**

No. 02–50083.

D.C. No. CR–01–00879–DT–1.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2002.[*]

Decided Feb. 25, 2003.

Before PREGERSON, RYMER and MCKEOWN, Circuit Judges.

## MEMORANDUM[**]

The government appeals from the sentence imposed pursuant to a plea agreement under Fed.R.Crim.P. 11(e)(1)(C) that credited Simon Balmaceda with time served in state custody before being transferred to federal detention. For reasons set forth in *United States v. Cervantes–Valencia,* 322 F.3d. 1060 (9th Cir.2003), we reverse and remand for the district court either to re-sentence Balmaceda in conformity with his plea agreement or to reject the plea agreement and place the parties in a pre-plea posture.

REVERSED and REMANDED.

PREGERSON, J., Circuit Judge, dissenting.

I dissent for the same reasons stated in my dissent in the companion case of *United States v. Cervantes–Valencia,* 322 F.3d 1060 (9th Cir.2003).

---

[**] The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

[***] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.